**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taniela F Kivalu,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Axen Mortgage, et al.,<br><br>　　　　Defendants. | No. CV-24-02441-PHX-KML<br><br>**ORDER** |

　　　　On October 31, 2024, the court dismissed the amended complaint and entered judgment in favor of defendants. (Doc. 8, 9.) Nothing further was filed until, on December 6, 2024, plaintiff Taniela F. Kivalu filed a notice of appeal. (Doc. 10.) On January 2, 2025, the court received in the United States mail a document titled "Motion for Extension of Time for Appeal & Additional Motions."[1] That document appears to seek an extension of time to file a notice of appeal, although the text requests an extension of time so Kivalu can "update his Motion of Complains and Motion to Service Summon." Construing Kivalu's motion as seeking an extension of time to file his notice of appeal, the motion is granted.

　　　　"A notice of appeal generally must be filed within thirty days after the entry" of judgment. *Orr v. Plumb*, 884 F.3d 923, 927 (9th Cir. 2018) (quotation marks and citation omitted). This period can be extended "upon motion filed not later than 30 days after the

---

[1] That document reflects it was signed by Kivalu on December 30, 2024, and seems to indicate it was placed in the mail the same day. The document was mailed directly to chambers, not the Clerk's Office.

expiration of the time otherwise set for bringing appeal." 28 U.S.C.A. § 2107(c). Because the motion sent to chambers was received on January 2, 2025, Kivalu's motion for extension of time was timely. The initial 30-day appeal deadline expired on December 2, 2024. And 30 days after that date was January 2, 2025, the date Kivalu's motion was received.

While not entirely clear, Kivalu's motion argues an extension of time is merited because he did not receive a copy of the final judgment immediately after it was entered. Kivalu also argues he is disabled such that he needs "accommodation rights." These facts provide a sufficient basis to extend the time for appeal the maximum amount permitted. Fed. R. App. P. 4(a)(5)(C).

Accordingly,

**IT IS ORDERED** the Clerk of Court shall docket plaintiff's motion sent to chambers to reflect a filing date of January 2, 2025.

**IT IS FURTHER ORDERED** the motion is **GRANTED** and plaintiff's time to appeal is extended the maximum amount permitted.

Dated this 22nd day of January, 2025.

Honorable Krissa M. Lanham
United States District Judge

- 2 -