**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Taniela F Kivalu, | No. CV-24-02441-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Axen Mortgage, et al., | |
| Defendants. | |

Judgment was entered in favor of defendants on October 31, 2024. (Doc. 9.) Plaintiff filed a notice of appeal, and the appeal remains pending. On February 3, 2025, plaintiff filed a "Motion for Service of Summon[s] and Complaint[] Upon Defendants." (Doc. 14.) That motion requests the court order service of process and "schedule this case for hearing ASAP." (Doc. 14 at 3.) This case is closed and there is no basis to require service of process nor any need for a hearing.

**IT IS ORDERED** the motion (Doc. 14) is **DENIED**.

Dated this 5th day of February, 2025.

Honorable Krissa M. Lanham
United States District Judge